**FILED**
August 31, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 05-0242 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PAUL KROESEN, ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release PAUL KROESEN , Case No. MAG 05-0242 DAD , Charge _____ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✓    Release on Personal Recognizance

___    Bail Posted in the Sum of $_____

___    Unsecured Appearance Bond $_____

___    Appearance Bond with 10% Deposit

___    Appearance Bond with Surety

___    Corporate Surety Bail Bond

___    (Other)    _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 31, 2005 at    2:40 p.m.    .

By    /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal